UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:21-cv-00468-FL

| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | **ORDER STAYING CASE PENDING VOLUNTARY MEDIATION** |
| EDUCATIONAL DATA SYSTEMS, INC., | ) ) ) | |
| Defendant. | ) ) ) | |

Having considered the parties Joint Motion to Stay, the Court GRANTS the Motion and Orders that this case is stayed pending the resolution of the parties' voluntary mediation..

So ordered on January 11, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge